USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

REDA MAZEN RIDA SABASSI,

Defendant.

1:26-cr-290-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on July 21, 2026 at 11:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge