Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

July 20, 2026

**MEMORANDUM ENDORSED**

**By ECF and Email**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Reda Sabassi**
**26 Cr. 290 (GHW)**

Dear Judge Woods,

Mr. Sabassi was presented before a Magistrate Judge in this District regarding the above-captioned case on July 15, 2026. This Court scheduled a conference for tomorrow, July 21, 2026 at 11:00 a.m. Dkt. No. 10. Unfortunately, this time conflicts with a doctor's appointment that I have scheduled.

Therefore, I write to respectfully request that the Court reschedule the conference for later in the day tomorrow, at 3pm or later, or for the following day, Wednesday, July 22, 2026 at 11 a.m. I have corresponded with Assistant U.S. Attorney Ben Arad, who confirms that the government is available at these alternative times.

Thank you for your consideration of this application.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Sabassi
212-417-8729

Application granted. The initial conference scheduled for July 21, 2026 at 11:00 a.m. is adjourned to July 21, 2026 at 3:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.
SO ORDERED.

Dated: July 20, 2026

GREGORY H. WOODS
United States District Judge