Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2026

**By ECF and Email**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Reda Sabassi**
**26 Cr. 290 (GHW)**

Dear Judge Woods,

I write to respectfully request that the Court adjourn the next status conference in the above-captioned case, which is currently scheduled for October 23, 2026, for approximately 60 days. This is the first request for an adjournment of this conference.

The government has made eleven discovery productions to date, including one as recently as Monday, October 19. The productions contain more than 11 TB and 30,000 files of data.[1] Given the significant volume of material, the defense needs more time to review discovery. The government, by Assistant U.S. Attorney David Markewitz, consents to this request. The parties have conferred with each other and Your Honor's Chambers and understand that December 18, 2026 at 11 a.m. is available, if that is acceptable to the Court.[2]

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected conference date. A proposed Order will be provided to the Court.

In addition, and in the meantime, the defense also requests that the Court schedule a bail hearing for Mr. Sabassi. Mr. Sabassi had bail hearings before Magistrate Judges in the Southern District of California (where he was initially presented) and in the Southern District of New York (when he arrived in this District). Mr. Sabassi is entitled to a *de novo* bail determination by a

[1] The government informed undersigned counsel that as of this week, discovery is "substantially complete," but that it is still processing some devices that were seized at the time of Mr. Sabassi's arrest. Those productions will be provided in the future.

[2] In the alternative, the parties are available on December 16, 2026 at 11 a.m.

District Judge. Upon consultation with the parties, we request to appear for the bail hearing on October 27, 2026 at 12 noon, if that is acceptable to the Court.[3]

Once a date for the bail hearing is selected, transcripts of both prior hearings will be provided to the Court, and undersigned counsel will arrange for Pretrial Services to provide its bail report to the Court as well.

Thank you for your consideration of these applications.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Sabassi
212-417-8729

[3] In the alternative, the parties are available on October 30, 2026 at 12 noon.