USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

REDA SABASSI,

Defendant.

1:26-cr-290-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, by and through his attorney, SYVLIE LEVINE, and with the consent of the United States of America, by and through JAMIE McDONALD, United States Attorney for the Southern District of New York, DAVID MARKEWITZ, BEN ARAD, and KEITH SAVINO, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from October 23, 2026 to December 18, 2026 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through December 18, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: October 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge