USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA, :
:
-against- :
:
REDA MAZEN RIDA SABASSI, : 1:26-cr-290-GHW
:
Defendant. : ORDER
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

A bail review hearing in this matter will take place on October 27, 2026 at 12:00 p.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge